In re LEWIS REMILLARD.

No. A-1906.   Opinion Filed February 22, 1913.

Application for write of habeas corpus.   Dismissed.

C. B. Leedy, for petitioner.

Chas. West, Atty. Gen., contra.

PER CURIAM.   The petitioner, Lewis Remillard, filed a petition for the writ of habeas corpus in this court on the 15th day of February, 1913, on the ground that he was unlawfully restrained of his liberty by the sheriff of Ellis county. On the 17th day of February, 1913, the petitioner filed a motion asking this court to dismiss his petition for the writ of habeas corpus. The motion is sustained, and the petition dismissed.